IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00551-WYD-MEH

MARIA GALL; and
LAJOS GALL,

      Plaintiffs,

v.

GOVERNMENT EMPLOYEES INSURANCE COMPANY,

      Defendant.

---

**ORDER**

---

      THIS MATTER is before the Court on a review of the file.  As noted by Judge Nottingham in an Order filed April 10, 2006 in another case removed from Boulder County District Court,  *Reynolds v. Allstate Indemnity Co.*, 06-cv-00527-EWN-CBS, this case and the other cases removed after a severance order are a procedural morass.  Because I agree with the approach adopted by Judge Nottingham, it is

      ORDERED that all motions filed before removal of this case are **DENIED** without prejudice to re-filing, so that the motions can be filed electronically in this court's CM/ECF system and assigned docketing numbers.  It is

      FURTHER ORDERED that Plaintiffs shall forthwith file the currently-operative complaint.  It is

      FURTHER ORDERED that on or before **Friday, April 28, 2006**, the parties will confer and file a status report containing, *inter alia*, (1) a listing of the severed plaintiffs

in the state court case whose cases remain pending in state court, (2) a list of severed defendants whose cases remain in state court, and (3) the numbers and captions of the severed cases which have now been removed to federal court.  It is

FURTHER ORDERED that any motion to consolidate this case with others shall be filed no later than **Friday, April 28, 2006**.

Dated:  April 19, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge