IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00551-WYD-MEH

MARIA GALL; and
LAJOS GALL,

    Plaintiffs,

v.

GOVERNMENT EMPLOYEES INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiffs' Unopposed Motion to Exceed the Fifteen-Page Limit for the Motion to Remand filed April 26, 2006, is **GRANTED**.  The Clerk of Court is directed to accept for filing Plaintiffs' Motion to Remand which is attached to the Unopposed Motion to Exceed the Fifteen-Page Limit.

    Dated:  April 26, 2006

                                            s\ Sharon Shahidi
                                            Law Clerk to
                                            Wiley Y. Daniel
                                            U.S. District Court