IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00551-WYD-MEH

MARIA GALL; and
LAJOS GALL,

      Plaintiffs,

v.

GOVERNMENT EMPLOYEES INSURANCE COMPANY,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 14, 2006.**

      For good cause shown, Plaintiffs' Joint Motion for Protective Order Pursuant to Fed. R. Civ. P. 26(c) to Stay Discovery Pending Resolution of Motion for Remand [Filed June 9, 2006; Docket #18] is **granted**. The Scheduling Conference scheduled for June 30, 2006, at 9:45 a.m. is **vacated**. The parties are directed to file a joint status report if the Motion to Remand is denied. The Court will enter appropriate discovery orders at that time.